**Robert J. JAFFE, Plaintiff–Appellant,**

v.

**David P. YAFFE, The Honorable, in**
**his Judicial and individual capaci-**
**ties; et al., Defendants–Appellees.**

No. 07–55364.

United States Court of Appeals,
Ninth Circuit.

---

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

Submitted July 23, 2007 *.

Filed July 27, 2007.

Robert J. Jaffe, Woodland Hills, CA, pro se.

D.L. Helfat, DAG, AGCA—Office of the California Attorney General, Los Angeles, CA, for Defendants–Appellees.

Before: SCHROEDER, Chief Judge, HAWKINS and WARDLAW, Circuit Judges.

MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). The district court properly determined that it lacked subject matter jurisdiction pursuant to the *Rooker–Feldman* doctrine. *See Exxon Mobil Corp. v. Saudi Basic Ind. Corp.,* 544 U.S. 280, 284, 125 S.Ct. 1517, 161 L.Ed.2d 454 (2005); *Bianchi v. Rylaarsdam,* 334 F.3d 895 (9th Cir.2003).

Accordingly, we grant appellees' opposed motion for summary affirmance of the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.